IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY DALE ALVERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE No. 2:21-cv-16-ECM |
| | )  (WO) |
| STEVE MUNCHIN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **O R D E R**

On April 26, 2021, the Magistrate Judge entered a Recommendation (doc. 16) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and the Motions for Preliminary Injunction (docs. 7 and 8) are DENIED.  It is further

ORDERED that this case is referred back to the Magistrate Judge for further proceedings.

Done this 24th day of May, 2021.

                                        /s/ Emily C. Marks
                                EMILY C. MARKS
                                CHIEF UNITED STATES DISTRICT JUDGE